May 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JOSHUA MORALES, Appellant

NO. 14-11-00829-CV V.

NEOMI FERNANDEZ, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on July 1, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by JOSHUA MORALES.

We further order this decision certified below for observance.